CARLOS RAY BUCK
132 GRANDVIEW DR
BYRAM, MS 39272

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

AAFES
ATTN: BANKRUPTCY
P.O. BOX 650060
DALLAS, TX 75265

BMW FINANCIAL SERVICES
PO BOX 3608
DUBLIN, OH 43016

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

CAPITAL ONE
P.O. BOX 1330
CHARLOTTE, NC 28201

CARRINGTON MORTGAGE
ATTN: BANKRUPTCY
1600 SOUTH DOUGLASS RD
STE 110
ANAHEIM, CA 92806

CFNA
ATTN: BANKRUPTCY
PO BOX 81315
CLEVELAND, OH 44181

CHASE CARD SERVICES
ATTN: BANKRUPTCY
PO BOX 15299
WILMINGTON, DE 19850

CITI CARD
PO BOX 790040
ST LOUIS, MO 36179

CITIBANK
PO BOX 790040
ST. LOUIS, MO 63179

COMENITYCAPITAL
PO BOX 182120
COLUMBUS, OH 43218

CREDIT COLLECTION
ATTN: BANKRUPTCY
725 CANTON ST
NORWOOD, MA 02062

DENENKA TURNER
1142 NORTHSIDE DR
PORT GIBSON, MS 39150

GOLDMAN SACHS BANK USA
ATTN: BANKRUPTCY
PO BOX 70379
PHILADELPHIA, PA 19176

HARLEY DAVIDSON
ATTN: BANKRUPTCY
PO BOX 22048
CARSON CITY, NV 89721

MSDHS
ATTN: CONSTANCE MORROW
PO BOX 352
JACKSON, MS 39205

NAVY FCU
ATTN: BANKRUPTCY
P.O.BOX 3000
MERRIFIELD, VA 22119

REPUBLIC FINANCE
ATTN: BANKRUPTCY DEPT
7031 COMMERCE CIR
BATON ROUGH, LA 70809

SPRINGLEAF FIN
PO BOX 1010
EVANSVILLE, IN 47706

SYNCHRONY
ATTN: BANKRUPTCY
PO BOX 965064
ORLANDO, FL 32896

SYNCHRONY BANK
ATTN: BANKRUPTCY DEPT
P.O. BOX 965065
ORLANDO, FL 32896

SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896

TOWER LOAN
ATTN: BANKRUPTCY
PO BOX 320001
FLOWOOD, MS 39232

USAA FEDERAL
ATTN: BANKRUPTCY
9800 FREDERICKSBURG RD
SAN ANTONIO, TX 78288

WF BANK
ATTN: BANKRUPTCY
P.O.BOX 51193
LOS ANGELES, CA 90051