**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**IN RE:**

**CARLOS RAY BUCK**
**Debtor.**

**CASE NO. 26-02845-JAW**
**CHAPTER 13**

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

**COMES NOW**, Carrington Mortgage Services, LLC, by and through undersigned counsel and files this Notice of Appearance and Request for Notice and gives notice that all future pleadings and correspondence are to be mailed to McPhail Sanchez, LLC, Post Office Box 870, Mobile, Alabama 36601.

Respectfully submitted,

/s/ Kent D. McPhail
Kent D. McPhail, MS Bar No. 2800
Attorney for Creditor
P.O. Box 870
Mobile, Alabama 36601
Phone (251) 438-2333
Fax (251) 438-2367
kent@mslawyers.law

## CERTIFICATE OF SERVICE

I, Kent D. McPhail, do hereby certify that I have this 23rd day of October 2026 served a copy of the above and foregoing Notice of Appearance and Request for Notice to the following parties by the service method indicated:

**U.S. MAIL, FIRST CLASS POSTAGE PREPAID**
***Debtor***
Carlos Ray Buck
132 Grandview Dr.
Byram, MS 39272

**ECF FILING NOTIFICATION**
***Debtor Attorney***
Thomas Carl Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com

**ECF FILING NOTIFICATION**
***Chapter 13 Trustee***
Torri Parker Martin
Torri Parker Martin, Chapter 13 Bankruptcy Trustee
200 North Congress Street, Suite 400
Jackson, MS 39201
tpm@tpmartinch13.com

**ECF FILING NOTIFICATION**
***United States Trustee***
501 East Court Street, Suite 6-430
Jackson, MS 39201
USTPRegion05.JA.ECF@usdoj.gov

/s/ Kent D. McPhail
Kent D. McPhail